|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | JS-6 |

### CIVIL MINUTES -- GENERAL

| | |
|---|---|
| Case No.  **CV 20-2598-JFW(RAOx)** | Date: April 28, 2020 |
| Title:  Charles Mendoza, et al. *-v-* FCA US LLC, et al. | |

**PRESENT:**

    **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly**<br>**Courtroom Deputy** | **None Present**<br>**Court Reporter** |

| | |
|---|---|
| **ATTORNEYS PRESENT FOR PLAINTIFFS:**<br>None | **ATTORNEYS PRESENT FOR DEFENDANTS:**<br>None |

**PROCEEDINGS (IN CHAMBERS):**   **ORDER GRANTING PLAINTIFFS' MOTION TO REMAND [filed 4/15/2020; Docket No. 14];**

    **ORDER REMANDING ACTION TO LOS ANGELES COUNTY SUPERIOR COURT**

    On April 15, 2020, Plaintiffs Charles Mendoza and Julie Mendoza ("Plaintiffs") filed a Motion to Remand.  On April 27, 2020, Defendants FCA US, LLC and Redlands Automotive Sales, Inc. dba Tom Bell Redlands Chrysler Dodge Jeep Ram (collectively, "Defendants") filed a Non-Opposition to Plaintiffs' Motion to Remand.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument.  The hearing calendared for May 18, 2020 is hereby vacated and the matter taken off calendar. After considering the moving papers and the non-opposition, the Court rules as follows:

    In light of the Non-Opposition filed by Defendants, Plaintiffs' Motion to Remand is **GRANTED**.  This action is **REMANDED** Los Angeles County Superior Court.

    IT IS SO ORDERED.